UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LINDBLAD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MILLBRAE, et al.,<br><br>Defendants. | Case No. 21-cv-08608-AGT<br><br>**ORDER DENYING MOTION TO AMEND COMPLAINT**<br><br>Re: Dkt. No. 5 |

Robert Lindblad's proposed amended complaint doesn't comply with Civil Local Rule 10-1, which requires any party who moves to file an amended pleading to "reproduce the entire proposed pleading and . . . not [to] incorporate any part of a prior pleading by reference."

Lindblad's proposed amended complaint doesn't satisfy this rule, because it simply includes a caption page that identifies several new defendants, without including any of the factual allegations or legal claims that appear in the original complaint.  As Rule 10-1 makes clear, Lindblad cannot incorporate those allegations and claims by reference.

The motion to amend is denied for failure to comply with Rule 10-1.  Having denied the motion, the Court will continue to treat the original complaint as the operative pleading.

**IT IS SO ORDERED.**

Dated: December 16, 2021

ALEX G. TSE
United States Magistrate Judge