United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LINDBLAD,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MILLBRAE, et al.,<br><br>        Defendants. | Case No. 21-cv-08608-AGT<br><br>**ORDER DENYING MOTION TO SUBSIDIZE EXPENDITURES**<br><br>Re: Dkt. No. 6 |

Because Robert Lindblad cannot pay court costs and still afford the necessities of life, the Court has permitted him to proceed in this action without paying a filing fee. *See* Dkt. 7. Separately, Lindblad has asked the Court to subsidize his litigation expenses, including expenses for "lab testing, document retrieval, and experts." Dkt. 6 ¶ 15. This request is denied.

As explained earlier today, Lindblad's complaint comes within the definition of frivolous, under 28 U.S.C. § 1915(e)(2)(B)(i), and the undersigned has recommended that a district judge dismiss the complaint without leave to amend. *See* Dkt. 9. If that recommendation is adopted, Lindblad's case will be over, and there won't be any need to subsidize his future litigation expenses. If the undersigned's recommendation *isn't* adopted, Lindblad may renew his motion; but at this time and on the current record, his motion is denied.

**IT IS SO ORDERED.**

Dated: December 16, 2021

ALEX G. TSE
United States Magistrate Judge