UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LINDBLAD,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MILLBRAE, et al.,<br><br>        Defendants. | Case No. 21-cv-08608-SI<br><br>**JUDGMENT** |

An order dismissing plaintiff's complaint with prejudice has been filed. Judgment against plaintiff and in favor of defendants is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 11, 2022

_____
SUSAN ILLSTON
United States District Judge